Argued and submitted July 29, reversed and remanded for resentencing September 9, 1998, petition for review denied January 12, 1999 (328 Or 246)

STATE OF OREGON,
*Appellant,*

*v.*

WAYLON ANDERSON DUNCAN, JR.,
*Respondent.*

(95477; CA A92306)

964 P2d 1134

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Eric Johansen, Deputy Public Defender, argued the cause for respondent. With him on the brief was Diane L. Alessi, Interim Public Defender.

Before De Muniz, Presiding Judge, Deits, Chief Judge,* and Haselton, Judge.

PER CURIAM

Reversed and remanded for resentencing. *State ex rel Huddleston v. Sawyer,* 324 Or 597, 932 P2d 1145 (1997); *State v. Jackman,* 155 Or App 258, 963 P2d 170 (1998).

---

* Deits, C. J., *vice* Wollheim, Judge.